1   TOWNSEND AND TOWNSEND AND CREW LLP
    PETER H. GOLDSMITH (Bar No. 91294)
2   TIMOTHY R. CAHN (Bar No. 162136)
    TAE H. KIM (Bar No. 214684)
3   Two Embarcadero Center, 8th Floor
    San Francisco, CA 94111-3834
4   Telephone: (415) 576-0200
    Facsimile: (415) 576-0300
5
    Attorneys for Plaintiff and Counterdefendant
6   NEORIS DE MEXICO, S.A. DE C.V.,
    formerly known as CEMTEC, S.A. DE C.V.
7

8   JOHN E. EICHHORST (No. 139598)
    JEFFREY E. FAUCETTE (No. 193066)
9   HOWARD, RICE, NEMEROVSKI, CANADY,
        FALK & RABKIN
10  A Professional Corporation
    Three Embarcadero Center, 7th Floor
11  San Francisco, CA 94111
    Tel: 415-434-1600
12  Fax: 415-217-5910

13  Attorneys for Defendant and Counterclaimant
    ARIBA, INC.
14

15                           UNITED STATES DISTRICT COURT

16                         NORTHERN DISTRICT OF CALIFORNIA

17                               SAN FRANCISCO DIVISION

| | |
|---|---|
| 18  NEORIS DE MEXICO, S.A. DE C.V., formerly known as CEMTEC, S.A., DE C.V., | Case No.   C 02-1670 JSW (JCS) |
| 19                          Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE PRETRIAL SCHEDULE** |
| 20                  v. | Honorable Jeffrey S. White |
| 21  ARIBA, INC., | **Complaint Filed: April 8, 2002** |
| 22                  Defendant. | **Trial Date: February 28, 2005** |
| 23  AND RELATED COUNTERCLAIMS | |
| 24 | |

25

26

27         THE PARTIES HEREBY STIPULATE TO THE FOLLOWING PRETRIAL SCHEDULE,

28  requesting the supplementation and modification of this Court's Order of June 3, 2005, a copy of

STIPULATION & [PROPOSED] ORDER RE PRETRIAL SCHEDULE                                    - 1 -
CASE NO. C 02-1670 JSW (JCS)
W03 135950012/1248836/v1

1  which is attached, and the schedule under the Guidelines for Trial and final Pretrial Conference in

2  Civil Jury Cases Before the Honorable Jeffrey S. White ("Guidelines"):

3

| | | |
|---|---|---|
| 4 | Nov. 10, 2005 | Parties exchange draft trial exhibit list and witness list containing the |
| 5 | | categories of information set forth in the Guidelines. *Due date for* |
| 6 | | *submitting a joint trial exhibit list and separate witness lists with the* |
| 7 | | *Joint Proposed Final Pretrial Order remains December 12, 2005.* |
| 8 | Nov. 22, 2005 | Serve Motions *in Limine*. (Changed from the due date of Nov. 29, 2005 |
| 9 | | under the Guidelines). |
| 10 | Nov. 23, 2005 | Simultaneous filing and service of briefs re bifurcation per 6/3/05 |
| 11 | | Minute Order. |
| 12 | Nov. 30, 2005 | Parties exchange drafts of Joint Proposed Final Pretrial Order as |
| 13 | | described in the Guidelines. *Due date for submission to Court remains* |
| 14 | | *December 12, 2005.* |
| 15 | Dec. 5, 2005 | Parties exchange draft jury instructions and draft voir dire questions. |
| 16 | | *Due date for submission of joint proposed jury instructions, memoranda* |
| 17 | | *of law relating to disputed instructions, and joint proposed voir dire* |
| 18 | | *questions to Court remains December 12, 2005*; |
| 19 | | Serve Oppositions to Motions *in Limine*. (Changed from the due date of |
| 20 | | Dec. 9, 2005 under the Guidelines). |
| 21 | Dec. 19, 2005 | Final Pretrial Conference. |
| 22 | Dec. 21, 2005 | Exchange deposition designations for witnesses who appear by |
| 23 | | deposition and written discovery designations. *The schedule for* |
| 24 | | *submitting final deposition and written discovery designations to Court* |
| 25 | | *under the Guidelines remains the same.* |
| 26 | Jan. 6, 2006 | Exchange deposition counter-designations for witnesses who appear by |
| 27 | | deposition and written discovery counter-designations and objections. |
| 28 | | *The schedule for submitting final deposition and written discovery* |

STIPULATION & [PROPOSED] ORDER RE PRETRIAL SCHEDULE
CASE NO. C 02-1670 JSW (JCS)                                                                    - 2 -
W03 135950012/1248836/v1

1                             *designations to Court under the Guidelines remains the same.*

2     Jan. 10, 2006         Exchange exhibits and demonstratives to be used in opening statements.

3     Jan. 11, 2006         Mediation. (Change from Court deadline of January 9, as the parties

4                           have agreed upon a mediator, and January 11 is the earliest date on

5                           which that mediator is available.)

6     Jan. 12, 2006         Exchange deposition counter-counter-designations and objections for

7                           witnesses who appear by deposition and written discovery counter-

8                           counter-designations and objections. *The schedule for submitting final*

9                           *deposition and written discovery designations to Court under the*

10                          *Guidelines remains the same.*

11     Jan. 17, 2006         Trial date.

12

13         The parties respectfully request that the Court approve and sign this Order.

14

15                             TOWNSEND and TOWNSEND and CREW LLP

16   DATED: October 28, 2005.       By:   /s/ Peter H. Goldsmith

17                                 PETER H. GOLDSMITH
                                  Two Embarcadero Center, Eighth Floor

18                                 San Francisco, California 94111
                                  Telephone: (415) 576-0200

19                                 Facsimile: (415) 576-0300

20                                 Attorneys for Plaintiff and Counterdefendant
                                  NEORIS DE MEXICO, S.A. DE C.V.,

21                                 formerly known as CEMTEC, S.A., DE C.V

22

23

24

25

26

27

28

1    HOWARD, RICE, NEMEROVSKI, CANADY, FALK
     & RABKIN
2

3    DATED:  October 28, 2005.          By:  /s/ Jeffrey E. Faucette
                                              JEFFREY E. FAUCETTE
4                                        Three Embarcadero Center, 7th Floor
                                         San Francisco, CA  94111
5                                        Tel: 415-434-1600
                                         Fax: 415-217-5910
6
                                         Attorneys for Defendant and Counterclaimant
7                                        ARIBA, INC.

8                                        **ORDER**

9

10   IT IS SO ORDERED.

11
     Dated:  _____November 1_____, 2005
12                                        _____
                                          Honorable Jeffrey S. White
13                                        United States District Court Judge

14

15   60623233 v1

16

17

18

19

20

21

22

23

24

25

26

27

28