TOWNSEND AND TOWNSEND AND CREW LLP
PETER H. GOLDSMITH (Bar No. 91294)
TIMOTHY R. CAHN (Bar No. 162136)
TAE H. KIM (Bar No. 214684)
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111-3834
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff and Counterdefendant
NEORIS DE MEXICO, S.A. DE C.V.,
formerly known as CEMTEC, S.A. DE C.V.

JOHN E. EICHHORST (No. 139598)
JEFFREY E. FAUCETTE (No. 193066)
HOWARD, RICE, NEMEROVSKI, CANADY,
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-434-1600
Fax: 415-217-5910

Attorneys for Defendant and Counterclaimant
ARIBA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEORIS DE MEXICO, S.A. DE C.V., formerly known as CEMTEC, S.A., DE C.V.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARIBA, INC.,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 02-1670 JSW (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER RE PRETRIAL SCHEDULE**<br><br>Honorable Jeffrey S. White<br><br>**Complaint Filed: April 8, 2002**<br>**Trial Date: February 28, 2005** |

THE PARTIES HEREBY STIPULATE TO THE FOLLOWING PRETRIAL SCHEDULE, requesting the supplementation and modification of this Court's Order of June 3, 2005, a copy of

1  which is attached, and the schedule under the Guidelines for Trial and final Pretrial Conference in
2  Civil Jury Cases Before the Honorable Jeffrey S. White ("Guidelines"):

| Date | Description |
|---|---|
| Nov. 10, 2005 | Parties exchange draft trial exhibit list and witness list containing the categories of information set forth in the Guidelines. *Due date for submitting a joint trial exhibit list and separate witness lists with the Joint Proposed Final Pretrial Order remains December 12, 2005.* |
| Nov. 22, 2005 | Serve Motions *in Limine*. (Changed from the due date of Nov. 29, 2005 under the Guidelines). |
| Nov. 23, 2005 | Simultaneous filing and service of briefs re bifurcation per 6/3/05 Minute Order. |
| Nov. 30, 2005 | Parties exchange drafts of Joint Proposed Final Pretrial Order as described in the Guidelines. *Due date for submission to Court remains December 12, 2005.* |
| Dec. 5, 2005 | Parties exchange draft jury instructions and draft voir dire questions. *Due date for submission of joint proposed jury instructions, memoranda of law relating to disputed instructions, and joint proposed voir dire questions to Court remains December 12, 2005*; Serve Oppositions to Motions *in Limine*. (Changed from the due date of Dec. 9, 2005 under the Guidelines). |
| Dec. 19, 2005 | Final Pretrial Conference. |
| Dec. 21, 2005 | Exchange deposition designations for witnesses who appear by deposition and written discovery designations. *The schedule for submitting final deposition and written discovery designations to Court under the Guidelines remains the same.* |
| Jan. 6, 2006 | Exchange deposition counter-designations for witnesses who appear by deposition and written discovery counter-designations and objections. *The schedule for submitting final deposition and written discovery* |

STIPULATION & [PROPOSED] ORDER RE PRETRIAL SCHEDULE         - 2 -
CASE NO. C 02-1670 JSW (JCS)
W03 135950012/1248836/v1

| | | |
|---|---|---|
| 1 | | *designations to Court under the Guidelines remains the same.* |
| 2 | Jan. 10, 2006 | Exchange exhibits and demonstratives to be used in opening statements. |
| 3 | Jan. 11, 2006 | Mediation. (Change from Court deadline of January 9, as the parties |
| 4 | | have agreed upon a mediator, and January 11 is the earliest date on |
| 5 | | which that mediator is available.) |
| 6 | Jan. 12, 2006 | Exchange deposition counter-counter-designations and objections for |
| 7 | | witnesses who appear by deposition and written discovery counter- |
| 8 | | counter-designations and objections. *The schedule for submitting final* |
| 9 | | *deposition and written discovery designations to Court under the* |
| 10 | | *Guidelines remains the same.* |
| 11 | Jan. 17, 2006 | Trial date. |

The parties respectfully request that the Court approve and sign this Order.

TOWNSEND and TOWNSEND and CREW LLP

DATED: October 28, 2005.     By:  /s/ Peter H. Goldsmith
                                  PETER H. GOLDSMITH
                                  Two Embarcadero Center, Eighth Floor
                                  San Francisco, California 94111
                                  Telephone: (415) 576-0200
                                  Facsimile: (415) 576-0300

                                  Attorneys for Plaintiff and Counterdefendant
                                  NEORIS DE MEXICO, S.A. DE C.V.,
                                  formerly known as CEMTEC, S.A., DE C.V

| | | |
|---|---|---|
| 1 | | HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RABKIN |
| 2 | | |
| 3 | DATED: October 28, 2005. | By: /s/ Jeffrey E. Faucette |
| 4 | | JEFFREY E. FAUCETTE<br>Three Embarcadero Center, 7th Floor |
| 5 | | San Francisco, CA 94111<br>Tel: 415-434-1600 |
| 6 | | Fax: 415-217-5910 |
| 7 | | Attorneys for Defendant and Counterclaimant<br>ARIBA, INC. |
| 8 | | **ORDER** |

10  IT IS SO ORDERED.

11  Dated: __November 1__, 2005     _____/s/ Jeffrey S. White_____
                                    Honorable Jeffrey S. White
                                    United States District Court Judge

15  60623233 v1