IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEORIS DE MEXICO, S.A. De C.V.,
formerly known as CEMTEC, S.A., DE C.V.,

    Plaintiff and Counter-Defendant,

v.

ARIBA INC,

    Defendant and Counter-Claimant.

No. C 02-01670 JSW

**ORDER DIRECTING DEFENDANT AND COUNTERCLAIMANT ARIBA, INC. TO SERVE REQUEST TO FILE DOCUMENTS UNDER SEAL**

On November 23, 2005, Defendant and Counterclaimant Ariba Inc. filed a request to file selected exhibits attached to the declaration of Amy L. Bomse under seal, including documents designated as confidential by Plaintiff and Counterdefendant Neoris De Mexico, S.A., de C.V., formerly known as Cemtec, S.A., de C.V. ("Cemtec") and by third party Boston Consulting Group ("BCG").

Pursuant to Local Civil Rule 79-5(d), when a party files a motion to file a document under seal that has been designated as confidential by another party, the designating party must file within five days of the motion to seal a declaration establishing that the designated information is sealable, or must withdraw the designation of confidentiality. If the designating party fails to file the required declaration, the documents will be made part of the public record. Civ. L.R. 79-5(d).

As a party to this case, Cemtec should have been served with the motion to seal and should be aware of its obligations under the local rules. It is not clear, however, whether BCG

has been served with a copy of Ariba's motion to seal. Therefore, the Court ORDERS Ariba to serve a copy of its motion to file documents under seal on BCG, along with a copy of Local Civil Rule 79-5(d), by no later than December 2, 2005. The Court HEREBY EXTENDS BCG's deadline to file a declaration or withdrawal of its designation of confidentiality, as set by Local Civil Rule 79-5(d), for five days from the date of service.

**IT IS SO ORDERED.**

Dated: November 30, 2005

　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE