**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEORIS DE MEXICO, S.A. De C.V.,
formerly known as CEMTEC, S.A., DE C.V.,

    Plaintiff and Counter-Defendant,

  v.

ARIBA INC,

    Defendant and Counter-Claimant.

_____/

No. C 02-01670 JSW

**ORDER GRANTING IN PART AND RESERVING IN PART DEFENDANT ARIBA, INC.'S REQUEST TO FILE DOCUMENTS UNDER SEAL**

On December 13, 2005, defendant Ariba, Inc. ("Ariba") filed a request to file under seal exhibits 3, 4,[1] 9-12, 21, 26, and 27 attached to the Declaration of Michael L. Gallo in support of its Motions *in Limine*. Ariba established good cause to file under seal exhibits 4, 9-12, 21, 26, and 27. As to these documents, the request is GRANTED.

The Court RESERVES ruling on exhibit 3. Pursuant to Local Civil Rule 79-5(d), when a party files a motion to file a document under seal that has been designated as confidential by another party, the designating party must file within five days of the motion to seal a declaration establishing that the designated information is sealable, or must withdraw the designation of

---

[1] In its request, Ariba erroneously requested twice that Exhibit 21 be filed under seal. A review of the exhibits submitted in hard copy to the Court make clear that one of these exhibits, Deposition Exhibit 47 (Bates numbers ARIBA00002834-2843), is actually Exhibit 4 to the Gallo Declaration.

confidentiality. If the designating party fails to file the required declaration, the documents will be made part of the public record. Civ. L.R. 79-5(d).

**IT IS SO ORDERED.**

Dated: December 14, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE