IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEORIS DE MEXICO, S.A. De C.V., formerly known as CEMTEC, S.A., DE C.V.,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>ARIBA INC.,<br><br>    Defendant and Counter-Claimant.<br>_____/ | No. C 02-01670 JSW<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2 this matter is HEREBY REFERRED to referred to Magistrate Judge Spero to conduct a settlement conference on January 5, 2006 at 1:30 p.m. in Courtroom A on the 15th Floor.

By no later than December 27, 2005, the parties shall lodge settlement conference statements and email copies of their statements to Mary Ann Gomez at Mary_Ann_Gomez@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: December 16, 2005

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE

cc: Wings Hom