UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEORIS DE MEXICO,

    Plaintiff(s),

v.

ARIBA, INC.,

    Defendant(s).
_____/

Case No. C-02-1670 JSW

**ORDER**

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries for the members of the jury in the above-entitled matter beginning Wednesday, January 18, 2006, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

IT IS SO ORDERED.

Dated: January 6, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Jury Commissioner