IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEORIS DE MEXICO S.A. DE C.V.,

    Plaintiff,

  v.

ARIBA INCORPORATED,

    Defendant.
_____/

No. C 02-01670 JSW

**ORDER REQUIRING JOINT STATUS REPORT RE SETTLEMENT**

      On January 11 and 12, 2006, the parties advised this Court that the case had settled. The parties are HEREBY ORDERED to submit a joint status report by February 3, 2006, advising the Court as to when they expect the settlement to be finalized and the case dismissed.

      **IT IS SO ORDERED.**

Dated: January 19, 2006

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE