IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEORIS DE MEXICO S.A. DE C.V.,

    Plaintiff,

  v.

ARIBA INCORPORATED,

    Defendant.
_____/

No. C 02-01670 JSW

**ORDER REQUIRING FURTHER STATUS REPORT ON SETTLEMENT**

On February 3, 2006, pursuant to this Court's Order requesting a status report on the settlement reached in this case, the parties advised the Court that they expected the settlement to be finalized by February 13, 2006, and a dismissal filed within five court days after execution of the final settlement agreement. Notwithstanding the parties' expectations, this matter has not yet been dismissed. Accordingly, the parties are HEREBY ORDERED to file a further status report on settlement progress by March 6, 2006. The Court hereby advises the parties that given the last status report, it expects a dismissal to be filed by no later than March 24, 2006.

**IT IS SO ORDERED.**

Dated: March 1, 2006

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE